**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2379**

———————

BELDEV ENAND,

                                   Plaintiff - Appellant,

        versus

M. ABRAHAM AHMAD,

                                   Defendant - Appellee,

        and

AHMAD & HIMALFARB,

                                          Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge;
Frank A. Kaufman, Senior District Judge.  (CA-96-3471-K)

———————

Submitted:  February 12, 1998      Decided:  February 24, 1998

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Beldev Enand, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief in his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] <u>Enand v. Ahmad</u>, No. CA-96-3471-K (D. Md. Aug. 7, 1997). We also deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] To the extent Appellant appeals the district court's marginal order denying his motion to reconsider, we also deny relief.